# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the matter of the search of:** <br> **Geolocation data of devices travelling within the Eastern District of Oklahoma on 02-12-2023, stored by Google LLC, 1600 Amphitheatre Parkway Mountain View, CA 94043** | Case No. 23-MJ-176-DES |

## SEARCH AND SEIZURE WARRANT

**TO:**     ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **NORTHERN** District of **CALIFORNIA** *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT "A":**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before  7/10/2023
*(not to exceed 14 days)*

☐     in the daytime 6:00 a.m. to 10:00 p.m.
☒     at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate D. Edward Snow.

☐     I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
      ☐     for _____ days *(not to exceed 30)*.
      ☐     until, the facts justifying, the later specific date of

Date and time issued:     Jun 26, 2023

*Judge's signature*

D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE

City and state:     Muskogee, Oklahoma

*Printed name and title*

EDOK - Search Warrant PAGE 2

| **RETURN** | | |
|---|---|---|
| Case No.:<br>781065-23-0121 | Date and time warrant executed:<br>June 26, 2023 at approximately 4:10PM | Copy of warrant and inventory left with:<br>Google |
| Inventory made in the presence of:<br>Google | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Requested documents received and downloaded on July 11, 2023 | | |

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/17/2023

*Brittany Nguyen*
*Executing officer's signature*

Brittany Nguyen, Special Agent
*Printed name and title*

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

This warrant is directed to Google LLC and applies to:

(1) Location History data, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted from devices to Google, reflecting devices that Google calculated were or could have been (as indicated by margin of error, *i.e.,* "maps display radius") located within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive Location History data.

Initial Search Parameters

**Target Location:**

**Date & Time Period** (including time zone):
From:   February 12, 2023: 11:30 AM Central Time Zone
To:     February 12, 2023: 12:30 PM Central Time Zone.

Geographical area identified as a polygon defined by the following latitude/longitude coordinates and connected by straight lines:

- 35.708103, -94.684690
- 35.708138, -94.681965
- 35.706513, -94.684657
- 35.706478, -94.681755

This area is approximately 0.08 of a mile.

13

**Visual Depiction of Location**



## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be disclosed by Google**

The information described in Attachment A, via the following process:

1. Google shall query location history data based on the Initial Search Parameters specified in Attachment A. For each location point recorded within the Initial Search Parameters, and for each location point recorded outside the Initial Search Parameters where the margin of error (*i.e.*, "maps display radius") would permit the device to be located within the Initial Search Parameters, Google shall produce to the government information specifying the corresponding unique device ID, timestamp, location coordinates, display radius, and data source, if available (the "Device List").

2. The government shall review the Device List and identify to Google the devices about which it seeks to obtain Google account identifier and basic subscriber information. The government may, at its discretion, identify a subset of the devices.

3. Google shall disclose to the government identifying information, as defined in Title 18, United States Code, Section 2703(c)(2), for the Google Accounts associated with each device ID appearing on the Device List about which the government inquires.

II. **Information to Be Seized**

All information described above in Section I that constitutes evidence of a violation of Title 18, United States Code, Sections 81, 11151, and 1152 (Arson in Indian Country).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be

15

conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.